**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ERIC G. SWALLOW, <br>　　　　Plaintiff, <br>　　v. <br> WILLIAM P. TORNGREN, et al., <br>　　　　Defendants. | Case No. 17-cv-05261-BLF <br><br> **JUDGMENT** |

　　　Plaintiff's First Amended Complaint having been dismissed without leave to amend and the action having been dismissed with prejudice,

　　　It is hereby ordered and adjudged that Plaintiff take nothing by this action and that Judgment is entered for Defendants and against Plaintiff.

Dated: May 14, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge